IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOSEPH PRATT,

    Petitioner,               No. CIV S-02-0872 MCE JFM P

  vs.

A. A. LAMARQUE, Warden,

    Respondent.             ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed this action in propria persona on April 22, 2002. On June 16, 2003, petitioner filed an amended petition. On October 17, 2003, the court appointed the Office of the Federal Defender to represent petitioner, dismissed the amended petition, and granted petitioner a period of thirty days in which to file a second amended petition. After receiving extensions of time, on March 19, 2004, petitioner filed a second amended petition together with a request to stay this action pending exhaustion of state remedies as to additional claims. On April 19, 2004, this matter was stayed.

        On July 8, 2005, petitioner filed a status report and request for leave to file a second amended petition. By order filed July 22, 2005, the stay of this action was lifted and

/////

1

1  petitioner was granted fifteen days to file a signed, verified second amended petition.  Petitioner
2  filed his signed, verified second amended petition on August 4, 2005.
3  Since petitioner may be entitled to the requested relief if the claimed violation of
4  constitutional rights is proved, respondent will be directed to file an answer.
5  In accordance with the above, IT IS HEREBY ORDERED that:
6  1. Respondent is directed to file an answer to the second amended petition within
7  forty-five days from the date of this order.  See Rule 4, Rules Governing Section 2254 Cases.
8  Respondent shall include with the answer any and all transcripts or other documents relevant to
9  the determination of the issues presented in the application.  Rule 5, Rules Governing Section
10 2254 Cases;
11 2. Petitioner's traverse, if any, is due on or before thirty days from the date
12 respondents' answer is filed;
13 3. The Clerk of the Court shall serve a copy of this order together with a copy of
14 petitioner's second amended petition for writ of habeas corpus on Jo Graves, Senior Assistant
15 Attorney General.
16 DATED:  August 23, 2005.

_/s/ John F. Moulds_
UNITED STATES MAGISTRATE JUDGE

12
prat0872.100am