IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOSEPH PRATT,

    Petitioner,                   No. CIV S-02-0872 MCE JFM P

    vs.

A. A. LAMARQUE, Warden,

    Respondent.                 <u>ORDER</u>

_____/

        Respondent has filed a second and third request for extension of time to file a response to petitioner's second amended petition pursuant to the court's order of August 23, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's November 7, 2005 and December 1, 2005 requests for an extension of time are granted; and

        2. Respondent is granted thirty days from the date of this order in which to file an answer to petitioner's second amended petition. Petitioner's traverse shall be filed thirty days thereafter.

DATED: December 8, 2005.

                                        /s/ John F. Moulds
                                UNITED STATES MAGISTRATE JUDGE

12;prat0872.111sec