IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH PRATT,<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>A.A.LAMARQUE, Warden,<br><br>　　　　　　　　　　　Respondent. | CIV S-02-0872 MCE JFM P<br><br>**ORDER** |

On January 6, 2006, respondent filed an application for provisional sealing of the *Marsden* transcript (RT 840 -867) and unredacted Answer to the Amended Petition for Writ of Habeas Corpus filed simultaneously with said application.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's January 6, 2006 application for provisional sealing is granted;

2. The *Marsden* transcript and respondent's unredacted answer shall be maintained under seal until further order of court; and

/////

/////

/////

/////

Order

1

3. Any party may file and serve a request to permanently seal said documents on or before the date on which petitioner's traverse is due.

DATED: February 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
prat0872.seal

Order