IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOSEPH PRATT,

    Petitioner,                 No. CIV S-02-0872 MCE JFM P

    vs.

A. A. LAMARQUE, Warden,

    Respondent.            <u>ORDER</u>

                                     /

           Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 6, 2006, petitioner filed a request for a period of sixty days in which to investigate factual assertions in the declaration of Eric J. Ross, lodged by respondent on January 9, 2006. Petitioner represents that the request is unopposed. Good cause appearing, IT IS HEREBY ORDERED that:

           1. Petitioner's February 6, 2006 request is granted; and

/////
/////
/////
/////
/////

1

2. On or before April 7, petitioner shall file either (1) a motion to expand the record; (2) a motion for discovery; (3) a motion for an evidentiary hearing; or (4) a notice of intent not to file any such motion.

DATED: March 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
prat0872.inv