DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
MICHAEL JOSEPH PRATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH PRATT, | ) NO. Civ. S-02-872 WBS JFM P |
| Petitioner, | ) |
| v. | ) **Order** |
| A. A. LAMARQUE, Warden, | ) |
| Respondents. | ) |

Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 31, 2006, this Court granted petitioner's unopposed request to investigate factual assertions in the declaration of Eric J. Ross, lodged by respondent on January 9, 2006, and to wait until April 7, 2006, to file either (1) a motion to expand the record; (2) a motion

/////

*Pratt v. Lamarque*
*Civ. S-02 872 MCE JFM P*
*Order*

for discovery; (3) a motion for an evidentiary hearing; or (4) a notice of intent not to file any such motion.

On April 3, 2006, Petitioner filed a Request for Sixty Additional Days to Investigate Facts Before Filing Appropriate Motion. Petitioner represents that this Request is unopposed.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's April 3, 2006 request is granted; and

2. On or before June 6, 2006, petitioner shall file either (1) a motion to expand the record; (2) a motion for discovery; (3) a motion for an evidentiary hearing; or (4) a notice of intent not to file any such motion.

DATED: April 7, 2006.

UNITED STATES MAGISTRATE JUDGE

/prat0872.ext2

*Pratt v. Lamarque*
*Civ. S-02 872 MCE JFM P*
*Order*                                2