IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOSEPH PRATT,

    Petitioner,      No. CIV S-02-0872 MCE JFM P

    vs.

A. A. LAMARQUE, Warden,

    Respondent.      ORDER

_____/

    Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 6, 2006, petitioner filed a motion to expand the record and for evidentiary hearing. Said motion is noticed for hearing on this court's July 20, 2006 law and motion calendar. Good cause appearing, pursuant to Local Rule 78-230(h), IT IS HEREBY ORDERED that the hearing set for July 20, 2006 is dropped from calendar and petitioner's June 6, 2006 motion is taken under submission the papers without oral argument.

DATED: July 17, 2006.

UNITED STATES MAGISTRATE JUDGE

12;prat0872.hrg