IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOSEPH PRATT,

    Petitioner,        No. CIV S-02-0872 MCE JFM P

   vs.

MIKE EVANS, Warden,[1]

    Respondent.        ORDER

_____/

      Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a motion to expand the record and for an evidentiary hearing. After review of the record, and good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's June 6, 2006 motion to expand the record and for an evidentiary hearing is granted;

      2. The record is expanded to include the June 2, 2006 report of Gary Sokolov, M.D. and the documents relied on by Dr. Sokolov in preparing said report, attached as Exhibits 1 through 9 to petitioner's June 6, 2006 motion; and

/////

---

[1] At respondent's request, petitioner's present custodian, Mike Evans, Warden of Salinas Valley State Prison, is hereby substituted as respondent in place of A. A. Lamarque. See Fed.R.Civ.P. 25(d).

3. This matter is set for evidentiary hearing on February 20, 2007 at 10:00 a.m. in Courtroom # 26.

DATED: January 16, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

12
prat0872.eh