DANIEL J. BRODERICK, Bar #89424
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Telecopier:(916) 498-5710

Attorney for Petitioner
MICHAEL JOSEPH PRATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH PRATT, | No. Civ. S-02-00872 MCE JFM P |
| Petitioner, | STIPULATION AND ORDER CONTINUING EVIDENTIARY HEARING |
| v. | |
| MIKE EVANS, | Date: April 24, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. John F. Moulds |
| Respondent. | |

On January 17, 2007, this Court issued an order granting Petitioner Michael Joseph Pratt's motion for an evidentiary hearing and scheduling the hearing on February 20, 2007, at 10:00 a.m.  Both Petitioner Pratt and Respondent Mike Evans need additional time to prepare for the evidentiary hearing.  Therefore, Petitioner Pratt and Respondent Evans, through their respective attorneys, hereby stipulate and agree to continue the evidentiary hearing until April 24, 2007, at 10:00 a.m.

*Stipulation and Order*
Civ. S-02-0872 MCE JFM P

Dated: January 24, 2007

                                                    Respectfully submitted,

                                                    DANIEL J. BRODERICK
                                                    Federal Defender

                                               /s/ *Carolyn M. Wiggin*
                                                    CAROLYN M. WIGGIN
                                                    Assistant Federal Defender

                                                    Attorney for Petitioner
                                                    MICHAEL JOSEPH PRATT

Dated: January 24, 2007

                                                    BILL LOCKYER
                                                    Attorney General

                                               /s/ *Robert C. Nash*
                                                    ROBERT C. NASH
                                                    Deputy Attorney General

                                                    Attorney for Respondent
                                                    MIKE EVANS

## O R D E R

IT IS HEREBY ORDERED that the evidentiary hearing in this case, currently scheduled for February 20, 2007, shall be continued to April 24, 2007, at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 29, 2007.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

2