UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOSEPH PRATT,  NO. 2:02-cv-0872-MCE-JFM P

    Petitioner,

  v.  ORDER ON REQUEST FOR RECONSIDERATION

MIKE EVANS,

    Respondent.

----oo0oo----

In bringing the present Request for Reconsideration, Respondent asks this Court to rescind the Magistrate Judge's January 17, 2007 Order expanding the record and setting an evidentiary hearing with respect to Petitioner's allegations of ineffective assistance of counsel in this habeas corpus proceeding pursuant to 28 U.S.C. § 2254.

///
///
///
///

1

1      In reviewing a magistrate judge's determination, the
2 assigned judge shall apply the "clearly erroneous or contrary to
3 law" standard of review set forth in Local Rule 72-303(f), as
4 specifically authorized by Federal Rule of Civil Procedure 72(a)
5 and 28 U.S.C. § 636(b)(1)(A).[1]  Under this standard, the Court
6 must accept the Magistrate Judge's decision unless it has a
7 "definite and firm conviction that a mistake has been committed."
8 Concrete Pipe & Products of Cal., Inc. v. Constr. Laborers
9 Pension Trust for So. Cal., 508 U.S. 602, 622 (1993).  If the
10 Court believes the conclusions reached by the Magistrate Judge
11 were at least plausible, after considering the record in its
12 entirety, the Court will not reverse even if convinced that it
13 would have weighed the evidence differently.  Phoenix Eng. &
14 Supply Inc. v. Universal Elec. Co., Inc., 104 F.3d 1137, 1141
15 (9th Cir. 1997).
16      After reviewing the entire file, this Court cannot say that
17 the Magistrate Judge's decision permitting expansion of the
18 record, and authorizing an evidentiary hearing, was clearly
19 erroneous as that standard has been defined.  Respondent's
20 request for reconsideration is accordingly DENIED.
21 ///
22 ///
23 ///
24 ///

---

[1] Federal Rule of Civil Procedure 72(a) directs the district court judge to "modify or set aside any portion of the magistrate judge's order found to be clearly erroneous or contrary to law." Similarly, 28 U.S.C. § 636(b)(1)(A), the district judge may reconsider any pretrial order "where it is shown that the magistrate's order is clearly erroneous or contrary to law."

2

The evidentiary hearing shall proceed as scheduled upon an expanded record as authorized by the Magistrate Judge's January 17, 2007 Order.

IT IS SO ORDERED.

Dated: March 22, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE