DANIEL J. BRODERICK, Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
CARO MARKS, Bar #159267
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **MICHAEL JOSEPH PRATT,** | ) | NO. CIV S-02-0872 MCE JFM |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| **MIKE EVANS, Warden,** | ) | |
| Respondent. | ) | |
| _____ | ) | |

GOOD CAUSE APPEARING, the evidentiary hearing in this matter is rescheduled to Tuesday, June 12, 2007, at 10:00 a.m.

Dated:  April 12, 2007.

UNITED STATES MAGISTRATE JUDGE

/prat0872.con