DANIEL BRODERICK, Bar No. 89424
Federal Defender
MONICA KNOX, Bar No. 84555
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
MICHAEL JOSEPH PRATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**MICHAEL JOSEPH PRATT,**   )   NO. CIV S 02-0872 MCE JFM
                            )
   Petitioner,              )
                            )   **ORDER**
   v.                       )
                            )
**MIKE EVANS, Warden,**     )
                            )
   Respondent.              )
_____)

   GOOD CAUSE APPEARING, authorization is granted to issue a subpoena to Eric Ross, Attorney, for the evidentiary hearing scheduled for June 12, 2007.

Dated: May 17, 2007.

_____
UNITED STATES MAGISTRATE JUDGE