IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOSEPH PRATT,

    Petitioner,                      No. CIV S-02-0872 MCE JFM P

    vs.

MIKE EVANS, Warden,

    Respondent.                   <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 23, 2007, respondent filed a motion to continue the evidentiary hearing presently set in this matter for June 12, 2007.  Petitioner has filed a reply indicating that petitioner's counsel and witnesses are available on June 27, 2007, and requesting that any order granting a continuance direct Eric Ross to attend on the new date.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's May 23, 2007 motion to continue is granted;

        2. The evidentiary hearing set for June 12, 2007 is continued to June 27, 2007 at 10:00 a.m. in Courtroom 26; and

/////

/////

/////

1

3. The subpoena issued for the attendance of Eric Ross continues to June 27, 2007 at 10:00 a.m. at which time Mr. Ross shall present himself to give testimony at the evidentiary hearing in this matter.

DATED: May 31, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

12
prat0872.nd