IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOSEPH PRATT,

    Petitioner,        No. CIV S-02-0872 MCE JFM P

  vs.

MIKE EVANS, Warden,

    Respondent.        ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 23, 2007, respondent filed a motion to continue the evidentiary hearing presently set in this matter for June 12, 2007. By order filed June 1, 2007, respondent's motion was granted and the matter was continued to June 27, 2007. Due to considerations of the court's calendar, and good cause appearing, IT IS HEREBY ORDERED that:

        1. The evidentiary hearing set for June 27, 2007 is continued to July 17, 2007 at 10:00 a.m. in Courtroom 26; and

/////

/////

/////

1

1    2. The subpoena issued for the attendance of Eric Ross continues to July 17, 2007
at 10:00 a.m. at which time Mr. Ross shall present himself to give testimony at the evidentiary
hearing in this matter.

DATED: June 4, 2007.

/s/ John F. Moulds
UNITED STATES MAGISTRATE JUDGE

12
prat0872.nd2

2