DANIEL J. BRODERICK, Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner


EDMUND G. BROWN, JR.
Attorney General of the State of California
ROBERT C. NASH, Bar #184960
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, California 94244
Telephone: (916) 323-5809

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL JOSEPH PRATT,** | NO. CIV S-02-0872 MCE JFM |
| Petitioner, | |
| v. | **STIPULATION TO CONTINUE EVIDENTIARY HEARING TO OCTOBER 10, 2007** |
| **MIKE EVANS, Warden,** | |
| Respondent. | |

    Petitioner, by and through counsel, Assistant Federal Defender Monica Knox, and Respondent, by and through counsel, Deputy Attorney General Robert Nash, hereby stipulate to continue the evidentiary hearing in this matter to October 10, 2007.  Counsel have con-

//

//

firmed with the Court's clerk that the date is available on the Court's calendar and that all witnesses are available on that date.

Dated: June 25, 2007                    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ *Monica Knox*
_____
MONICA KNOX
Assistant Federal Defender

Attorney for Petitioner

EDMUND G. BROWN, JR.
Attorney General

/s/
_____
ROBERT NASH
Deputy Attorney General

Attorney for Respondent

DANIEL J. BRODERICK, Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
CARO MARKS, Bar #159267
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**MICHAEL JOSEPH PRATT,**           )   NO. CIV S-02-0872 MCE JFM
                                    )
           Petitioner,              )
                                    )   **ORDER**
      v.                            )
                                    )
**MIKE EVANS, Warden,**             )
                                    )
           Respondent.              )
_____)

GOOD CAUSE APPEARING, and upon stipulation of the parties, the evidentiary hearing in this matter is rescheduled to October 10, 2007, at 10:00 a.m.

The subpoena issued for the attendance of Eric Ross continues to October 10, 2007 at 10:00 a.m., at which time Mr. Ross shall present himself to give testimony.

Dated: July 2, 2007.

UNITED STATES MAGISTRATE JUDGE

/prat0872.eh3