DANIEL J. BRODERICK, #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**MICHAEL JOSEPH PRATT**,   )   NO. CV-02-872 MCE JFM P
                            )
    Petitioner,             )
                            )   **ORDER**
    v.                      )
                            )
**MIKE EVANS, Warden,**     )
                            )
    Respondent.             )
_____)

**GOOD CAUSE APPEARING**, petitioner's March 7, 2008 request for an extension of time is granted.  Petitioner is given to and including April 9, 2008, within which to file his post-evidentiary brief in this matter.

DATED: March 14, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/prat0872.ext