DANIEL J. BRODERICK, Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL JOSEPH PRATT**, | NO. CV-02-872 WBS JFM P |
| Petitioner, | |
| v. | **PETITIONER'S UNOPPOSED REQUEST FOR A TWO-DAY EXTENSION OF TIME IN WHICH TO FILE POST-EVIDENTIARY BRIEF; DECLARATION OF MONICA KNOX** |
| **MIKE EVANS, Warden,** | |
| Respondent. | |

Petitioner, MICHAEL JOSEPH PRATT, by and through his counsel, Assistant Federal Defender Monica Knox, hereby requests this Court to extend the time within which petitioner may file his post-evidentiary hearing brief by two (2) days, to and including April 11, 2008. This request is based on the attached Declaration of Monica Knox and is unopposed by respondent.

Dated: April 9, 2008        Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ *Monica Knox*
MONICA KNOX
Assistant Federal Defender

## DECLARATION OF MONICA KNOX

I, MONICA KNOX, declare as follows:

I am an attorney licensed to practice in the state of California and admitted to practice in this district. I am employed as an Assistant Federal Defender and, in that capacity, represent petitioner in this matter.

Following one 30-day extension, petitioner's post-evidentiary hearing brief is due today, April 9, 2008. I fully anticipated being able to file by today, but an unanticipated personal issue last week put me behind by a day, and I have been unable to complete the brief. I am very close to completing the brief, however. I am out of the office on business tomorrow, but can complete the brief and file by Friday.

For these reasons, I am requesting an two (2) days within which to file petitioner's post-evidentiary hearing brief.

I have spoken with respondent's counsel, Deputy Attorney General Robert Nash. He states that he has no objection to the requested extension.

I declare the foregoing is true and correct.

Executed this 9th day of April, 2008, at Sacramento, California.

/s/ *Monica Knox*
MONICA KNOX
Assistant Federal Defender

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**MICHAEL JOSEPH PRATT**,   )   NO. CV-02-872 WBS JFM P
)
Petitioner,   )
)   **ORDER**
v.   )
)
**MIKE EVANS, Warden,**   )
)
Respondent.   )

**GOOD CAUSE APPEARING**, petitioner is given to and including April 11, 2008, within which to file his post-evidentiary brief in this matter.

DATED: April 10, 2008.

_____
UNITED STATES MAGISTRATE JUDGE