IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOSEPH PRATT,

    Petitioner,                    No. CIV S-02-0872 MCE JFM P

    vs.

MIKE EVANS, Warden,

    Respondent.                 <u>ORDER</u>

_____/

       Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 23, 2008, respondent filed a request for an extension of time, to and including May 9, 2008, in which to file and serve a post-evidentiary hearing brief. Respondent filed his brief on May 9, 2008. Good cause appearing, respondent's April 23, 2008 request will be granted nunc pro tunc and respondent's May 9, 2008 brief will be deemed timely filed.

       On May 16, 2008, petitioner filed a request for an extension of time to file a reply to respondent's post-evidentiary hearing brief pursuant to the court's order of February 7, 2008. Good cause appearing, petitioner's request will be granted.

       In accordance with the above, IT IS HEREBY ORDERED that:

/////

1

1. Respondent's April 23, 2008 request for an extension of time is granted nunc pro tunc;

2. Respondent's May 9, 2008 post-hearing brief is deemed timely filed;

3. Petitioner's May 16, 2008 request for an extension of time is granted; and

4. Petitioner shall file and serve his reply brief on or before June 15, 2008.

DATED: May 29, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
prat0872.ext3

2