DANIEL J. BRODERICK, Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL JOSEPH PRATT**, | NO. CV-02-872 WBS JFM P |
| Petitioner, | |
| v. | **PETITIONER'S UNOPPOSED REQUEST FOR AN EXTENSION OF TIME IN WHICH TO FILE REPLY TO RESPONDENT'S POST-EVIDENTIARY BRIEF; DECLARATION OF MONICA KNOX** |
| **MIKE EVANS, Warden,** | |
| Respondent. | |

Petitioner, MICHAEL JOSEPH PRATT, by and through his counsel, Assistant Federal Defender Monica Knox, hereby requests this Court to extend the time within which petitioner may file his reply to respondent's post-evidentiary hearing brief by fourteen (14) days, to and including June 30, 2008. This request is based on the attached Declaration of Monica Knox.

Dated: June 16, 2008                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ *Monica Knox*
                                        MONICA KNOX
                                        Assistant Federal Defender

## DECLARATION OF MONICA KNOX

I, MONICA KNOX, declare as follows:

I am an attorney licensed to practice in the state of California and admitted to practice in this district. I am employed as an Assistant Federal Defender and, in that capacity, represent petitioner in this matter.

Petitioner's Reply to Respondent's Post-Evidentiary-Hearing brief is due today. I have previously asked for and received one 30-day extension of time. I had anticipated that I would have completed the reply by today, but the day after I requested the prior extension, the Circuit granted rehearing en banc in *Hayward v. Marshall*, CA 06-55392. That matters raises, for the first time before the en banc Court, significant issues related to parole for California life prisoners. That issue has been my area of expertise for over a decade and I am substantially involved in the most significant of the state and federal cases in such matters, including having filed an amicus brief in the California Supreme Court in *In re Lawrence* (S154018) and arguing in the California Supreme Court on June 4, 2008 in *In re Shaputis*, S155872). Thus, as soon as the argument in *Shaputis* was completed, I set to work to prepare an Amicus brief in *Hayward*. I completed and filed that brief today.

I will now turn my immediate attention to the Reply in this case. Thus, I am seeking only a 14-day extension. I will not request any further extensions.

I have spoken with respondent's counsel, Deputy Attorney General Robert Nash. He has no objection to the requested extension.

I declare the foregoing is true and correct.

Executed this 16th day of June, 2008, at Sacramento, California.

/s/ *Monica Knox*
MONICA KNOX
Assistant Federal Defender

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL JOSEPH PRATT**, | NO. CV-02-872 WBS JFM P |
| Petitioner, | |
| v. | **ORDER** |
| **MIKE EVANS, Warden,** | |
| Respondent. | |

**GOOD CAUSE APPEARING**, petitioner is given to and including June 30, 2008, within which to file his post-evidentiary brief in this matter.

DATED: June 18, 2008.

UNITED STATES MAGISTRATE JUDGE

/prat0872.ext4

3